```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

MYRIAM DURAND,

                   Plaintiff,              MEMORANDUM & ORDER
                                           20-CV-4771(EK)(PK)
         -against-

CROWN HEIGHTS CENTER FOR NURSING AND
REHABILITATION, and JOEL LANDAU,

                   Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Kuo's Report and Recommendation (R&R) dated October 22, 2021. Judge Kuo recommends that the Court grant the joint motion for settlement approval. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Kuo's recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Thus, the

motion for settlement approval is granted.  The Clerk of Court is respectfully directed to enter judgment and close the case.

    SO ORDERED.

                                          /s/ Eric Komitee
                                      ERIC KOMITEE
                                      United States District Judge

Dated:    December 28, 2021
             Brooklyn, New York